## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-60639-CIV-ROSENBAUM

VICKI PERDUE, *et al.*,

      Plaintiffs,

v.

SHERIFF OF BROWARD COUNTY, FLORIDA,
*et al.*,

      Defendants.

_____/

### <u>ORDER EXTENDING SERVICE PERIOD</u>

This matter is before the Court upon Plaintiffs' Response to Order to Show Cause and Motion for Extension of Time to Serve Summons [D.E. 7].   Plaintiffs filed their Complaint on March 19, 2013.  D.E. 1.  The same day, the Clerk of the Court rejected Plaintiffs' proposed summonses because they were submitted on out-of-date forms.  D.E. 3.  Plaintiffs did not attempt to obtain new summonses until July 31, 2013.  D.E. 4; D.E. 6.  Pursuant to Federal Rule of Civil Procedure 4(m), though, the 120-day period for Plaintiffs to serve Defendants with the Complaint expired on July 17, 2013.  On July 31, 2013—the same day Plaintiffs obtained summonses—the Court ordered Plaintiffs to show cause why their case should not be dismissed for failing to serve Defendants within the prescribed time limits.  D.E. 5.

On August 7, 2013, Plaintiffs responded the Court's show-cause order stating that "undersigned counsel did not realize that the Summonses had not been issued and served." D.E. 7, ¶ 2.  Plaintiffs also requested that the Court grant them until August 31, 2013, to serve Defendants. *Id.* ¶ 4.

Rule 4(m) requires a court to dismiss a complaint that has not been served within 120 days after notice to the plaintiff. Fed. R. Civ. P. 4(m). The Rule provides, however, that the Court must extend the time for service if the plaintiff shows good cause for the failure to serve. *Id.*

The Court agrees that, in this instance, Plaintiffs should not be penalized for the oversight of their counsel. Accordingly, it is **ORDERED and ADJUDGED** that Plaintiffs shall have until **August 31, 2013**, to serve the Complaint and summonses on Defendants. However, absent extenuating circumstances, the Court is not likely to extend this deadline again. Plaintiffs are further put on notice that failure to serve Defendants by August 31, 2013, is likely to result in the dismissal without prejudice of their Complaint.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 19th day of August 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies to:

Counsel of record

-2-